IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Burnett, Matthew V

Printed: 1/17/06

Case Number: 05 B 30500
Judge: Hollis, Pamela S
Filed: 8/4/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 9, 2006
Confirmed: January 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,481.04 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 1,481.04 |
| Totals: | 1,481.04 | 1,481.04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | National City Mortgage Co | Secured | | No Claim Filed |
| 2. | Capital One | Secured | | No Claim Filed |
| 3. | Aronson Furniture Company | Secured | | No Claim Filed |
| 4. | Capital One | Secured | | No Claim Filed |
| 5. | Capital One | Secured | | No Claim Filed |
| 6. | National City Mortgage Co | Secured | | No Claim Filed |
| 7. | Economy Furniture & Interiors Inc | Unsecured | | No Claim Filed |
| 8. | Capital One | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Capital One | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Capital Bank | Unsecured | | No Claim Filed |
| 13. | Capitol One Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Burnett, Matthew V | Case Number:  05 B 30500
 | Judge:  Hollis, Pamela S
Printed:  1/17/06 | Filed:  8/4/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* _____